_____ Priority
_____ Send
_____ Clsd
_____ Enter
_____ JS-5/JS-6
_____ JS-2/JS-3

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.   SACV03-518-CJC (CTx)          Date:  September 8, 2003

Title:  MURRAY MOSS V. COVANSYS CORP., ET AL.,

### THE HONORABLE CORMAC J. CARNEY
### UNITED STATES DISTRICT JUDGE

Cynthia Salyer                          Hope Goldsmith
Courtroom Deputy                        Court Reporter

ATTORNEYS FOR PLAINTIFFS:      ATTORNEYS FOR DEFENDANTS:

Dayton B. Parcells III                  Brent G. Cheney

**PROCEEDINGS:** PRE-TRIAL CONFERENCE

Case called. Appearances made. Court and counsel discuss.

Plaintiff to file Motion to Amend Complaint to be filed by September 15, 2003.

Opposition to Motion to be filed by September 22, 2003.

Reply to be filed by September 29, 2003.

Hearing on this matter is scheduled for Monday, October 6, 2003 at 3:30 p.m. with a Status Conference to immediately follow.

The Pre-Trial and Trial dates in this matter are vacated.

**IT IS SO ORDERED.**



ENTER ON ICMS

SEP 11 2003

MINUTES FORM 90                Initials of Deputy Clerk_cs
CIVIL - GEN